## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

WK, *a minor*, by and through his
father LEE KING,

    Plaintiff,

**versus**

CITY OF THOMASVILLE,
GEORGIA, and DETECTIVE
STEFANIE HADLEY,

    Defendants.

**CASE NO**: 7:22cv142(WLS)

## ORDER SUBSTITUTING PLAINTIFF

Having reviewed and considered the parties' Consent Motion to Substitute

Plaintiff this Court hereby:

ORDERS the substitution of William Tyler King as the Plaintiff in this

action.

This the 3rd day of October, 2023.

United States District Court