# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| WK, *a minor, by and through his father,* LEE KING, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     CASE NO.: 7:22-CV-142 (WLS) |
| | : |
| CITY OF THOMASVILLE & & STEPHANIE HADLEY | : |
| | : |
| Defendants. | : |

## ORDER

Before the Court is a Joint Motion for Dismissal of Action with Prejudice (Doc. 19), filed by both Parties. Therein, Parties stipulate to dismissing the instant case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), on the grounds that Plaintiff's claims against the Defendants have been settled and released. (*Id.*) Thus, the Parties contend that there are no further issues to be determined by the Court. (*Id.*)

Upon consideration thereof, it is **hereby ORDERED** that the Joint Motion for Dismissal of Action with Prejudice (Doc. 19) is **ACCEPTED** and **GRANTED**. The Court **ORDERS** that all Plaintiff's claims pending against Defendant are **DISMISSED with prejudice.** The Clerk is **DIRECTED** to close the instant case.

**SO ORDERED**, this 12th day of June 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**